UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUBIK'S BRAND LIMITED,
                        Plaintiff,

              -v-

CUBICLE ENTERPRISES LLC, *et al.*,
                        Defendants.

18-CV-1753 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    On September 7, 2018, the parties filed a stipulation of voluntary dismissal in Case No. 18-cv-963, a case related to this action, and informed the Court that they had settled the claims against one another. The Court dismisses this action accordingly and hereby directs the Clerk of Court to close this case.

    SO ORDERED.

Dated: March 31, 2021
       New York, New York

                                                                J. PAUL OETKEN
                                                         United States District Judge